1  MICHAEL G. MILLER (SBN: 136491)
   HEIDI C. LARSON (SBN: 222637)
2  PERRY, JOHNSON, ANDERSON
   MILLER & MOSKOWITZ, LLP
3  438 First Street, Fourth Floor
   Post Office Box 1028
4  Santa Rosa, CA 95401
   Telephone: (707) 525-8800
5  Facsimile: (707) 545-8242

6  Attorney for Plaintiff
   LUCY STANLEY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 LUCY STANLEY,                    CASE NO: C 07 4303 JL

12         Plaintiff,

13     vs.                          **PROOF OF SERVICE**

14

15 FORT BRAGG RENT-ALL, INC.; HOLLY
   D. KUCHAR; SCOTT W. DABEL; MARY
16 DABEL, and DOES 1 to 20, inclusive,

17         Defendants.
                                    /
18

19

20

21

22

23

24

25

26

27

28

                              1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

C 07 4303 Stanley Vs. Fort Bragg Rent-all

Service of the Summons and Complaint was made by me.[1]  DATE 9-9-07

Name of SERVER: DENNIS A. BARTELS   TITLE: OWNER REGIS P_364

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: 18550 N Hwy 1, Fort Bragg, Ca (business)
FORT BRAGG RENT-all, INC.,

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $30.00 | $30.00 | $60.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-9-07
            Date

Signature of Server

Address of Server:
TRISTAR ATTORNEY SERVICES
725 FARMERS LANE #6
SANTA ROSA, CA 95405
(707) 578-8458
REG P-151 SONOMA CTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ORIGINAL

1  MICHAEL G. MILLER (SBN: 136491)
   HEIDI C. LARSON (SBN: 222637)
2  PERRY, JOHNSON, ANDERSON
   MILLER & MOSKOWITZ, LLP
3  438 First Street, Fourth Floor
   Post Office Box 1028
4  Santa Rosa, CA 95401
   Telephone: (707) 525-8800
5  Facsimile: (707) 545-8242

6  Attorney for Plaintiff
   LUCY STANLEY

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

   LUCY STANLEY,                    CASE NO: C 07 4303 JL
11
              Plaintiff,
12
        vs.
13                                  **PROOF OF SERVICE**

14

15 FORT BRAGG RENT-ALL, INC.; HOLLY
   D. KUCHAR; SCOTT W. DABEL; MARY
16 DABEL, and DOES 1 to 20, inclusive,

17            Defendants.
                                    /
18

19

20

21

22

23

24

25

26

27

28

                          1


AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | C 07 4303 Stanley Vs. Fort Bragg Rent-all |
|---|---|
| Service of the Summons and Complaint was made by me.[1] | DATE 9-9-07 |
| Name of SERVER: DENNIS A. BARTELS | TITLE: OWNER REGIS P_364 |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: 18550 Hwy #1, North, Fort Bragg, Ca
HOLLY D. KUHAR    (business)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $30.00 | $30.00 | $60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-9-07
Date

Signature of Server

Address of Server:
TRISTAR ATTORNEY SERVICES
725 FARMERS LANE #6
SANTA ROSA, CA 95405
(707) 578-8458
REG P-151 SONOMA CTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ORIGINAL

1  MICHAEL G. MILLER (SBN: 136491)
   HEIDI C. LARSON (SBN: 222637)
2  PERRY, JOHNSON, ANDERSON
   MILLER & MOSKOWITZ, LLP
3  438 First Street, Fourth Floor
   Post Office Box 1028
4  Santa Rosa, CA 95401
   Telephone: (707) 525-8800
5  Facsimile: (707) 545-8242

6  Attorney for Plaintiff
   LUCY STANLEY

7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10 LUCY STANLEY,                    CASE NO: C 07 4303 JL
11
           Plaintiff,
12
       vs.
13                                  **PROOF OF SERVICE**

14

15 FORT BRAGG RENT-ALL, INC.; HOLLY
   D. KUCHAR; SCOTT W. DABEL; MARY
16 DABEL, and DOES 1 to 20, inclusive,

17         Defendants.
                                    /
18

19

20

21

22

23

24

25

26

27

28

                        1

AO 440 (Rev. 8/01) Summons in a Civil Action

| | **RETURN OF SERVICE** | C 07 4303 Stanley Vs. Fort |
|---|---|---|
| Service of the Summons and Complaint was made by me.[1] | DATE 9-9-07 | Bragg Rent-all |
| Name of SERVER DENNIS A, BARTELS | TITLE | OWNER REGIS P 364 |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served:

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: MARY DABEL, wife, for

SCOTT W. DABEL, 285 WALL ST., FORT BRAGG, CA (home), mailed copies 9-9-07
per sub service

[ ] Returned unexecuted:

[ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $30.00 | $30.00 | $60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-9-07
            Date                              Signature of Server

TRISTAR ATTORNEY SERVICES
Address of Server 725 FARMERS LANE #6
SANTA ROSA, CA 95405
(707) 578-8458
REG P-151 SONOMA CTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ORIGINAL

1  MICHAEL G. MILLER (SBN: 136491)
   HEIDI C. LARSON (SBN: 222637)
2  PERRY, JOHNSON, ANDERSON
   MILLER & MOSKOWITZ, LLP
3  438 First Street, Fourth Floor
   Post Office Box 1028
4  Santa Rosa, CA 95401
   Telephone: (707) 525-8800
5  Facsimile: (707) 545-8242

6  Attorney for Plaintiff
   LUCY STANLEY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 LUCY STANLEY,                    CASE NO: C 07 4303 JL

12         Plaintiff,

13    vs.                           **PROOF OF SERVICE**

14

15 FORT BRAGG RENT-ALL, INC.; HOLLY
   D. KUCHAR; SCOTT W. DABEL; MARY
16 DABEL, and DOES 1 to 20, inclusive,

17         Defendants.
                                    /
18

19

20

21

22

23

24

25

26

27

28
                              1

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | C 07 4303 Stanley Vs. Fort |
|---|---|---|
| Service of the Summons and Complaint was made by me.[1] | DATE 9-9-07 | Bragg Rent-all |
| Name of SERVER  DENNIS A, BARTELS | TITLE | OWNER REGIS P 364 |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served: 285 WALL ST., FORT BRAGG, CA (Home)

MARY DABEL

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $30.00 | $30.00 | $60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-9-07
Date                        Signature of Server

TRISTAR ATTORNEY SERVICES
Address of Server 725 FARMERS LANE #6
SANTA ROSA, CA 95405
(707) 578-8458
REG P-151 SONOMA CTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ORIGINAL