1  TERESA A. CUNNINGHAM (S.B. #136013)
   GAW, VAN MALE, SMITH, MYERS & MIROGLIO
2  A Professional Law Corporation
   1000 Main Street, 3rd Floor
3  Napa, California 94559
   (707) 252-9000
4  Fax: (707) 252-8721
   E-mail: tcunningham@gawvanmale.com
5
   Attorneys for Defendants,
6  FORT BRAGG RENT-ALL, INC., HOLLY D. KUCHAR,
   SCOTT W. DABEL and MARY DABEL
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 LUCY STANLEY,                    )   Case No. C 07 4303
                                    )
12              Plaintiff,          )
                                    )   STIPULATION FOR EXTENSION OF
13 vs.                              )   TIME TO FILE RESPONSE TO
                                    )   COMPLAINT
14 FORT BRAGG RENT-ALL, INC.;       )
   HOLLY D. KUCHAR; SCOTT W.        )
15 DABEL; MARY DABEL, and DOES 1 to )
   10, inclusive,                   )
16                                  )
                Defendants.         )
17 _____)

18      IT IS HEREBY STIPULATED by and between all parties, by and through their respective

19 counsel, that Defendants, FORT BRAGG RENT-ALL, INC., HOLLY D.KUCHAR, SCOTT W.

20 DABEL and MARY DABEL's deadline within which to file and serve a response to the

21 Complaint has been extended to October 12, 2007.

22 DATED: September 20, 2007    PERRY, JOHNSON, ANDERSON,
                                MILLER & MOSKOWITZ, LLP
23

24
                                By_____
25                                MICHAEL G. MILLER
                                  Attorney for Plaintiff
26

27 ///

28 ///

                    Page 1
Stipulation for Extension of Time to File Response to Complaint

1 | DATED: September 17, 2007

2 |                    GAW, VAN MALE, SMITH, MYERS & MIROGLIO

3 |

4 |                    By /s/ Teresa A. Cunningham
5 |                       TERESA A. CUNNINGHAM
                          Attorneys for Defendants, FORT BRAGG RENT-
                          ALL, INC., HOLLY D. KUCHAR, SCOTT W.
6 |                       DABEL and MARY DABEL

7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**Stanley v. Fort Bragg Rent-All, et al.**
U.S.D.C. Case No. C 07 4303

## PROOF OF SERVICE

I, CATHY J. SULLIVAN, declare that:

I am employed in the County of Napa, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 1000 Main Street, 3rd Floor, Napa, California 94559.

On the below date, I served the attached:

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Michael G. Miller, Esq.
Perry, Johnson, Anderson, Miller & Moskowitz, LLP
438 First Street, 4th Floor
Santa Rosa, CA   95401

XX    **(BY MAIL)** I placed each such sealed envelope with postage thereon fully prepaid for first-class mail, for collection and mailing at Napa, California, following ordinary business practices. I am readily familiar with my business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and correspondence is deposited daily with the United States Postal Service in the ordinary course of business.

**(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted above.

**(BY FACSIMILE)** I caused said document to be transmitted by telecopier to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 21, 2007**, at Napa, California.

_____
CATHY J. SULLIVAN