1  **TERESA A. CUNNINGHAM (S.B. #136013)**
   **KENNETH G. ENGLISH (S.B. #232968)**
2  **GAW, VAN MALE, SMITH, MYERS & MIROGLIO**
   **A Professional Law Corporation**
3  **1000 Main Street, 3rd Floor**
   **Napa, California  94559**
4  **(707) 252-9000**
   **Fax:  (707) 252-8721**
5  **E-mail: tcunningham@gawvanmale.com**

6  **Attorneys for Defendants,**
   **FORT BRAGG RENT-ALL, INC., HOLLY D. KUCHAR,**
7  **SCOTT W. DABEL and MARY DABEL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUCY STANLEY,** | Case No.  C 07 4303 |
|        Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF JURISDICTION OVER THE SUBJECT MATTER AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED |
| vs. | |
| **FORT BRAGG RENT-ALL, INC.; HOLLY D. KUCHAR; SCOTT W. DABEL; MARY DABEL, and DOES 1 to 10, inclusive,** | |
|        Defendants. | |

TO PLAINTIFF:

      PLEASE TAKE NOTICE that on or as soon thereafter as the matter may be heard in the above-entitled court, located at 450 Golden Gate Avenue, Courtroom F, 15th Floor, San Francisco, California defendants FORT BRAGG RENT-ALL, INC., HOLLY D. KUCHAR, SCOTT W. DABEL and MARY DABEL ("Defendants") will move the court to dismiss for lack of jurisdiction over the subject matter and for failure to state a claim upon which relief can be granted pursuant to Fed.R.Civ.Pro. 12(b)(1) and (6).  The motion to dismiss for failure to state a claim upon which relief can be granted is based on the grounds that, even if viewed in the most favorable light, Plaintiff's Complaint fails to articulate a claim on which this Court may grant relief.

      The motion will be based on this Notice of Motion and Motion, the Memorandum of

1 | Points and Authorities filed herewith, and the pleadings and papers filed herein.

2 | DATED: October 12, 2007

3 |                            GAW, VAN MALE, SMITH, MYERS & MIROGLIO

5 |                      By        /s/ Teresa A. Cunningham
                            TERESA A. CUNNINGHAM

6 |                             Attorneys for Defendants, FORT BRAGG RENT-ALL, INC., HOLLY D. KUCHAR, SCOTT W. DABEL and MARY DABEL

Page 2

**Notice of Motion and Motion to Dismiss**