1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUCY STANLEY

       Plaintiff(s),

    v.

FORT BRAGG RENT-ALL

       Defendant(s).

_____/

No. 07-04303  JL

NOTICE AND ORDER
SETTING HEARING

TO ALL PARTIES AND COUNSEL OF RECORD:

The above entitled case has been set for hearing motion to dismiss on November 28, 2007 at 9:30 a.m., in Courtroom F, 15th Floor, before Magistrate Judge James Larson.

In accordance with Civil Local Rule 7-3, the opposition, if not already filed, shall be served and filed no later than **twenty-one (21)** days prior to the hearing.  Any reply to the opposition shall be served and filed no later than **fourteen (14)** days prior to the date of the hearing.

LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Larson shall list the civil case number and the District Court Judge's initials followed by the designation "(JL)".

AT THE TIME OF FILING OF ORIGINAL PAPERS , THE PARTIES ARE REQUIRED TO SUBMIT A HARD COPY TO MAGISTRATE JUDGE LARSON'S CHAMBERS.

Dated:  October 17, 2007

_____
Wings Hom, Courtroom Deputy to
U.S. Magistrate Judge James Larson