United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUCY STANLEY,

        Plaintiff,

    v.

FORT BRAGG RENT-ALL, ET AL.,

        Defendants.
_____/

No. C 07-4303 JL

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____        _____

                                                      Signature

                                                      Counsel for _____

                                                      _____

REQUEST                          1