1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUCY STANLEY,                                          No. C 07-4303  JL

        Plaintiff,

    v.                                                   CONSENT TO PROCEED BEFORE
                                                         UNITED STATES MAGISTRATE JUDGE
FORT BRAGG RENT-ALL, INC, ET AL.,

        Defendants.
_____/

    In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party
hereby consents to have a United States Magistrate Judge conduct any and all further
proceedings in the case, including trial, and order the entry of a final judgment, and
voluntarily waives the right to proceed before a United States District Judge. I understand
that I am free to withhold consent to jurisdiction of this court and request reassignment to a
district judge without adverse substantive consequences.


Date: _____          _____

                                    Signature

                                    Counsel for _____

                                    _____


CONSENT                              1