MICHAEL G. MILLER (SBN: 136491)
HEIDI C. LARSON (SBN: 222637)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Post Office Box 1028
Santa Rosa, CA 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorneys for Plaintiff
LUCY STANLEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

LUCY STANLEY,                                     No. C07 4303

     Plaintiff,

                                      **NOTICE OF VOLUNTARY**
                                      **DISMISSAL PURSUANT TO FED.**
     v.                               **R. CIV. P. 41(a)(1 )**

FORT BRAGG RENT-ALL, INC.;  HOLLY
D. KUCHAR; SCOTT W. DABEL; MARY
DABEL, and DOES 1 to 20, inclusive,

     Defendants.

_____/

     TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

     NOTICE IS HEREBY GIVEN that:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Lucy Stanley voluntarily

dismisses the Complaint in this action without prejudice.

Dated: November 27, 2007                PERRY, JOHNSON, ANDERSON,
                                        MILLER & MOSKOWITZ LLP


                                        By: /s/Michael G. Miller_____

                                            Michael G. Miller
                                            Heidi C. Larson
                                            Attorneys for Plaintiff, LUCY STANLEY